IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| GARRETT LIEB, on behalf of his minor child, BRAYTON LIEB, | ) ) ) | Case No. 3-06-cv-00242 CV (JWS) |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant. | ) ) | |

The Court having received the parties' Stipulation for Dismissal, hereby

ORDERS, that this matter is dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED at Anchorage, Alaska, this 17th day of October 2007.

/s/ Honorable John W. Sedwick
United States District Court Judge